```
                    UNITED STATES DISTRICT COURT
                              FOR  THE
                         DISTRICT OF VERMONT
```

Arlene E. Garran,                        :
    Plaintiff,                           :
                                                          :
          v.                               : File No. 2:10 CV 128
                                                            :
Michael J. Astrue,                       :
Commissioner of Social Security,         :
    Defendant.                           :

## ORDER

       The Report and Recommendation of the United States Magistrate Judge was filed June 28, 2011. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

       The plaintiff's motion to reverse decision(Paper 13) is **GRANTED** and that the Commissioner's Motion for Order Affirming decision (Doc. 18) is **DENIED.**

       Dated at Burlington, in the District of Vermont, this 1st day of August, 2011.


                                       /s/ William K. Sessions III
                                        William K. Sessions III
                                        U.S. District Court Judge